IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSHUA MCMILLAN,<br>      Plaintiff,<br><br>v.<br><br>WARDEN CHERYL STEBERGER, *et al.*,<br>      Defendants. | :<br>:<br>:<br>:   Civil No. 5:23-cv-04078-JMG<br>:<br>:<br>: |

**ORDER**

**AND NOW**, this 10th day of July, 2025, upon consideration of Defendant Cheryl Steberger's Motion for Partial Summary Judgment (ECF No. 31), PrimeCare Defendants' Motion for Summary Judgment (ECF No. 34), Plaintiff's Brief in Opposition to Defendant Cheryl Steberger's Motion for Partial Summary Judgment (ECF No. 37), and Plaintiff's Brief in Opposition to PrimeCare Defendants' Motion for Summary Judgment (ECF No. 38),

**IT IS HEREBY ORDERED** that Defendant Cheryl Steberger's Motion for Partial Summary Judgment (ECF No. 31) is **GRANTED;**

**IT IS FURTHER ORDERED** that PrimeCare Defendants' Motion for Partial Summary Judgment (ECF No. 34) is **GRANTED IN PART and DENIED IN PART**;

**IT IS FURTHER ORDERED** that the constitutional claims against Warden Cheryl Steberger, Dr. William Cattell, Nurse Susan Taylor, NP Lori Hehnly, PA Jessica Lord, and PrimeCare are **DISMISSED**.

BY THE COURT:

 */s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge